# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

VIANCIA CHATMAN

VERSUS

THE LAKEHOUSE ON LAKESHORE,
LLC, HISCOX INSURANCE
COMPANY, INC. MIKE MAXWELL
AND COMPANY, LLC D/B/A
MOTION PICTURE CATERING,
AUTO-OWNERS SPECIALTY
INSURANCE COMPANY AND LARRY
PEART

NO. 2025 CW 0826

**DECEMBER 11, 2025**

---

In Re:   Hiscox Insurance Company, Inc., The Lake House on Lake Shore, LLC, and Larry Peart, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 723938.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                                   MRT
                                   AHP
                                   KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT